## Teetz v. Sedgwick Co., et al
## Case#: 6:22-cv-01134

**Exhibit List**
**to Memorandum in Support of Motion for Summary Judgment**

| Exhibit | Description | Filed |
|---------|-------------|-------|
| Exhibit A | Dr. Geis Expert Report | Electronically |
| Exhibit B | Stepien Deposition Excerpts | Electronically |
| Exhibit C | Policy 8.10 | Electronically |
| Exhibit D | JIAC Booking Information | Electronically |
| Exhibit E | Tronsgard Deposition Excerpts | Electronically |
| Exhibit F | Officer Release Form | Electronically |
| Exhibit G | Policy 8.807 | Electronically |
| Exhibit H | Policy 8.804 | Electronically |
| Exhibit I | Newby Deposition Excerpts | Electronically |
| Exhibit J | Conklin Deposition Excerpts | Electronically |
| Exhibit K | Buckner Deposition Excerpts | Electronically |
| Exhibit L | Buckner KBI Interview Transcript | Electronically |
| Exhibit M | Mendoza Deposition Excerpts | Electronically |
| Exhibit N | Dr. Gorrill Deposition Excerpts | Electronically |
| Exhibit O | Steinberg Expert Report | Electronically |
| Exhibit P | Steinberg Deposition Excerpts | Electronically |
| Exhibit Q | Policy 8.810 | Electronically |
| Exhibit R | JIAC Facility Video | Conventionally |
| Exhibit S | JIAC Facility Video | Conventionally |
| Exhibit T | Conklin Deposition Video | Conventionally |
| Exhibit U | Buckner Deposition Video | Conventionally |
| Exhibit V | Buckner Interview Video | Conventionally |