## Index of Exhibits

**Filed via CM/ECF**

01    Bennett Dep Excerpts
02    O'Hare Dep Excerpts
03    Clayton Dep Excerpts
04    Supancic Dep Excerpts
05    Darrow Dep Excerpts
06    Esau Dep Excerpts
07    Stepien Dep Excerpts
08    Hook 30(b)(6) Dep Excerpts
09    Lyman Dep Excerpts
10    Dr. Gorrill Dep Excerpts
11    Dr. Turner Dep Excerpts.
12    WPD Incident Reports re Lofton
13    O'Hare Offense Report
14    WPD Policy 305 Juvenile Arrests
15    WPD Policy 508 Child In Need of Care
16    WPD Policy 519 Mentally Ill Persons
17    Arrest Report from JIAC Client File for Lofton
18    Snapshots from JIAC_606_Video
19    Video Timeline_SC10244
35    Officer Release to SG CO JIAC.pdf
36    Autopsy Report

**Filed Conventionally on Electronic Media**

20    AXON_Bennett_Fox_Run_C2781-2
21    AXON_Bennett_JIAC_C2781
22    AXON_Clayton_Fox_Run_2644
23    AXON_Clayton_Fox_Run_2644-2
24    AXON_Clayton_Fox_Run_2644-3
25    AXON_Clayton_Fox_Run_2644-4
26    AXON_Darrow_Fox_Run_2582-2
27    AXON_Darrow_JIAC_2582
28    AXON_Esau_Fox_Run_2611-2
29    AXON_Esau_JIAC_2611
30    AXON_O'Hare_Fox_Run_1_C2754-2
31    AXON_O'Hare_Fox_Run_2_C2754-3
32    AXON-O'Hare_JIAC_C2754
33    JIAC_606 Screening Area 1
34    JIAC_607 Screening Area 2