IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
**U.S. District Court**
**District of Kansas**

02/04/2026

**Clerk, U.S. District Court**
**By:** MSB **Deputy Clerk**

MARQUAN TEETZ, as Next Friend and
Personal Representative of the ESTATE OF
CEDRIC LOFTON, deceased,

    *Plaintiff,*

v.

JASON STEPIEN, *et al,*

    *Defendants.*

Case No. 22-1134-EFM

## VERDICT FORM

We, the jury, duly impaneled and sworn upon our oaths, enter the following verdict:

## SECTION I: INTERROGATORY

1. Do you find that one or more of the following Defendants subjected Cedric Lofton to a prolonged prone restraint and put weight on him when he was not meaningfully resisting?

|   |   | YES | NO |
|---|---|---|---|
| a. | Jason Stepien | | X |
| b. | Brenton Newby | X | |
| c. | Karen Conklin | X | |
| d. | William Buckner | X | |
| e. | Benito Mendoza | | X |

Proceed to Section II.

**SECTION II: LIABILITY**

2. Did one or more of the following Defendants violate Cedric Lofton's right to be free from excessive force when Lofton was restrained on September 24, 2021?

|  |  | YES | NO |
|---|---|---|---|
| a. | Jason Stepien | X | |
| b. | Brenton Newby | X | |
| c. | Karen Conklin | X | |
| d. | William Buckner | X | |
| e. | Benito Mendoza | | X |

If you answered YES to any of the Questions 2a-2e, proceed to Question 3. If you answered NO to all of Questions 2a-2e, do not answer Question 3 but proceed to Section IV.

3. Did one or more of the following Defendants fail to intervene to stop another Defendant from violating Cedric Lofton's right to be free from excessive force when Lofton was restrained on September 24, 2021?

|  |  | YES | NO |
|---|---|---|---|
| a. | Jason Stepien | X | |
| b. | Brenton Newby | X | |
| c. | Karen Conklin | X | |
| d. | William Buckner | X | |
| e. | Benito Mendoza | X | |

If you answered YES to any of 2a-2e and 3a-3e, proceed to Section III. If you answered NO to all of those questions, proceed to Section IV.

- 2 -

## SECTION III: COMPENSATORY DAMAGES

4. If you find in favor of Plaintiff and against one or more Defendants, you must award damages. The categories of compensable damages that you may award are below. You do not need to enter an award for any damages that have not been proven.

**As to Cedric Lofton:**

The physical pain and suffering that Cedric Lofton experienced before his death    $ __1 million__

The mental and emotional suffering that Cedric Lofton experienced before his death    $ __1 million__

Cedric Lofton's loss of the capacity to carry on and enjoy his life's activities in a way he would have done had he lived    $ __5 million__

Cedric Lofton's loss of earnings based upon the probable duration of his life had this incident not occurred    $__1.3 million__

Proceed to Section IV.

## Section IV: UNANIMITY

5. Were the answers to all of your questions unanimous?

YES __X__         NO _____

Proceed to Section V.

## SECTION V: SIGNATURE

Date: __02-04-2026__

JURY FOREPERSON: _____

- 3 -