# United States District Court

-------------------------- DISTRICT OF KANSAS--------------------------

MARQUAN TEETZ,

              **Plaintiff,**

v.

         **Case No:  22-1134-EFM**

JASON STEPIEN, BRENTON
NEWBY, KAREN CONKLIN,
WILLIAM BUCKNER, and
BENITO MENDOZA,

            **Defendant,**

## JUDGMENT IN A CIVIL CASE

☒      Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☐      Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.  IT IS ORDERED

      **IT IS SO ORDERED AND ADJUDGED** that pursuant to the jury verdict in favor of Plaintiff, Marquan Teetz, Plaintiff is awarded the amount of $8.3 million with interest at the rate of 3.50% per annum as of February 4, 2026.

    2/4/2026                             SKYLER O'HARA
       Date                                 CLERK OF THE DISTRICT COURT

                                        by:  s/  Cindy McKee
                                             Deputy Clerk